

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2025

No. 04-24-00790-CR

Sebastian Lee **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR10951
Honorable Kristina Escalona, Judge Presiding

**ORDER**

Sitting:      Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on March 5, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk